IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BALE PERCELLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DR. ALAN ROSENTHAL, DR. QUAN DINH, DR. C. KRISHNA, DR. POMPAN, DR. M. FRIEDMAN, and JOHN and JANE DOES of the review committee,<br><br>　　　　Defendants.　　　　　　／ | No. C 05-1998 WHA (PR)<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE A MOTION TO RECONSIDER AND GRANTING MOTION TO FILE ADDRESSES UNDER SEAL** |

　　　　This is a civil rights case filed pro se by a state prisoner. The Court granted in part and denied in part plaintiff's motion to compel and to determine sufficiency of discovery responses. Among other things, certain matters were deemed admitted because defendant Friedman did not admit or deny the requests for admissions within the time allowed by the rule. *See* Fed. R.Civ.P. 36(a). Defendant Friedman moved to reconsider the ruling as to the requests for admissions directed to him. The motion was denied because Friedman had not obtained permission to file a motion to reconsider as required by Local Rule Civ 7-9(a). In the same order the case was referred to Magistrate Judge Nandor Vadas for mediation or settlement and further proceedings except those related to the reference to Judge Vadas were stayed.

　　　　Friedman has now filed a motion for leave to file a motion to reconsider. The motion (document number 54 on the docket) is **DENIED** because the case is stayed. The denial is

1  without prejudice to refiling the motion when the stay is lifted.

2  The Attorney General has also filed the addresses of several defendants with a request
3  that they be maintained under seal. Among other things, he asserts that revealing current
4  addresses for former employees of the Department of Corrections and Rehabilitations is a
5  matter of great concern because such addresses have previously been inadvertently revealed by
6  the marshal. Because of the importance of maintaining the security of the information, the
7  Court will rule on the motion despite the stay. The motion to maintain the filing under seal
8  (document number 55) is **GRANTED**. Because of the stay no further action will be ordered now,
9  but when the stay is lifted the Court will solicit suggestions from the Attorney General as to
10 how he proposes that the complaint be served without revealing the addresses to the marshal.

11 **IT IS SO ORDERED.**

13 Dated: October   22  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28 G:\PRO-SE\WHA\CR.05\PERCELLE998.SEAL.wpd