United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BALE PERCELLE, | No. C 05-1998 WHA (PR) |
| Plaintiff, | **ORDER EXTENDING REFERRAL** |
| vs. | |
| DR. ALAN ROSENTHAL, DR. QUAN DINH, DR. C. KRISHNA, DR. POMPAN, DR. M. FRIEDMAN, and JOHN and JANE DOES of the review committee, | |
| Defendants. / | |

  This is a civil rights case filed pro se by a state prisoner. It has been referred to Magistrate Judge Nandor Vadas to attempt settlement and is stayed while referred to him. Judge Vadas has informed the Court that the settlement conference has been delayed, so the referral and the resulting stay are **EXTENDED** to February 12, 2007.

  **IT IS SO ORDERED**.

Dated: November __14__, 2007.

                _____
                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.05\PERCELLE998.EXTEND REFERRAL.wpd