IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE D. PERCELLE,<br><br>    Plaintiff,<br><br>    v<br><br>DR. ALAN ROSENTHAL et al.,<br><br>    Defendants. | Case No C 05-1998<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on March 11, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: Chief Medical Officer

1   (2)    The following individuals, parties, and/or representatives did not appear:

2   (3)    The outcome of the proceeding was:

3       ☐ The case has been completely settled.

4       ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7       ☐ The parties agree to an additional follow up settlement on

8 _____.

9       ☒ The parties are unable to reach an agreement at this time.

10

11 Date:  3/24/08                                       _____
                                                  Nandor J Vadas
                                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERCELLE,  
v.  
ROSENTHAL.  
_____/

No. C 05-1998

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/24/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Steve D. Percelle**  
T-95458/ BW-122-U  
Correctional Training Facility  
PO Box 689  
Soledad, CA 93960

RICHARD W. WIEKING, CLERK

By: /s/_____  
Deputy Clerk

3