IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BALE PERCELLE,<br><br>            Plaintiff,<br><br>   vs.<br><br>DR. ALAN ROSENTHAL, DR. QUAN DINH, DR. C. KRISHNA, DR. POMPAN, DR. M. FRIEDMAN, and JOHN and JANE DOES of the review committee,<br><br>            Defendants. | No. C 05-1998 WHA (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND SANCTIONS, LIFTING STAY, AND SETTING DEADLINES** |

This is a civil rights case filed pro se by a state prisoner. The Court granted in part and denied in part plaintiff's motion to compel and to determine sufficiency of discovery responses, denied plaintiff's motion for a preliminary injunction, and denied defendants' motion for summary judgment because further discovery was needed. The case was referred to Magistrate Judge Nandor Vadas for mediation or settlement and further proceedings, except those related to the reference to Judge Vadas, were stayed.

Plaintiff filed a motion for attorney fees and sanctions (document number 59 on the docket) while the stay was in effect. It is **DENIED** because it was filed in violation of the stay.

Judge Vadas reports that he was unable to settle the case. Plaintiff's motion to lift the stay (document 65) therefore is **GRANTED** and the stay is **LIFTED**.

///

An order entered on October 23, 2007, granted the Attorney General's motion to seal the home addresses of unserved defendants. The Attorney General contended that in the past when home addresses had been provided they had been inadvertently revealed by the marshal. Noted in that order was that "when the stay is lifted the Court will solicit suggestions from the Attorney General as to how he proposes that the complaint be served without revealing the addresses to the marshal." The stay now having been lifted, the Attorney General shall submit within fourteen days of the date this order is entered his suggestions for obtaining service on the three unserved defendants.

In order to expedite resolution of this case, the court sets the following deadlines:

1. Discovery shall be completed within thirty days of the date this order is entered.

2. No later than sixty days from the date this order is entered, defendants shall file a motion for summary judgment or other dispositive motion, or a statement that no such motion is justified.

3. Plaintiff's opposition to the dispositive motion, if any, shall be filed with the court and served upon defendants no later than thirty days from the date of service of the motion.

4. If defendants wish to file a reply brief, they shall do so no later than fifteen days after the date of service of the opposition.

5. The motion will be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the court so orders at a later date.

**IT IS SO ORDERED.**

Dated: August    18   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.05\PERCELLE998.LIFT STAY.wpd