IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BALE PERCELLE,<br><br>        Plaintiff,<br><br>  vs.<br><br>DR. ALAN ROSENTHAL, DR. QUAN DINH, DR. C. KRISHNA, DR. POMPAN, DR. M. FRIEDMAN, and JOHN and JANE DOES of the review committee,<br><br>        Defendants. | No. C 05-1998 WHA (PR)<br><br>**ORDER OF SERVICE; INSTRUCTIONS TO MARSHAL** |

      This is a civil rights case filed pro se by a state prisoner. The case was stayed to allow the parties to attempt settlement, but the effort failed. The stay has been lifted.

      Before the stay the Attorney General's motion to seal the home addresses of unserved defendants had been granted. The sealing was requested because, according to the Attorney General, in the past the marshal had inadvertently revealed home addresses of correctional employees to prisoners. The order granting the motion said that "when the stay is lifted the Court will solicit suggestions from the Attorney General as to how he proposes that the complaint be served without revealing the addresses to the marshal."

      When the stay was lifted the Attorney General was asked to provide such suggestions and has done so, suggesting that the prisoner's copy of the service form show only the former institutional address and telephone number of the defendant, even though he or she is served at

1  another address or at home, or that the correct address and phone number be redacted on the
2  prisoner's copy. The second of these suggestions seems by far the best.
3      The clerk's office shall issue summons to defendants Quan Dinh, Alan Rosenthal, and
4  Chandrika Krishna at the addresses provided in the document sealed by the October 23, 2007,
5  order. The marshal shall serve the summonses, copies of the complaint, and copies of this order
6  at the addresses provided, **and shall redact the addresses of the defendants from the copies**
7  **of the service forms provided to plaintiff.**
8      **IT IS SO ORDERED.**
9  Dated: September __2__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28  G:\PRO-SE\WHA\CR.05\PERCELLE998.Serve2.wpd